FILE COPY

# BILL OF COSTS

## TEXAS COURT OF APPEALS, EIGHTH DISTRICT, AT EL PASO

No. 08-14-00184-CV

### O. L.

### v.

### Texas Department of Family and Protective Services

(No. 2012DCM09529 IN 65TH DISTRICT COURT OF EL PASO COUNTY)

| Type of Fee | Charges | Paid | By |
|---|---|---|---|
| MOTION FEE | $10.00 | E-PAID | SANDRA C. GARCIA |
| SUPPLEMENTAL REPORTER'S RECORD | $60.00 | UNKNOWN | |
| CLERK'S RECORD | $2,473.00 | UNKNOWN | |
| FILING | $195.00 | INDIGENT | N/A |

**Balance of costs owing to the Eighth Court of Appeals, El Paso, Texas: 0.00**

***Court costs in this cause shall be paid as per the Judgment issued by this Court.***

I, DENISE PACHECO, **CLERK** OF THE EIGHTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE EIGHTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Eighth District of Texas, this 11/20/15.

Denise Pacheco, Clerk